# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER GRAHAM, OWEN STEVENS; FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHY JENNINGS, Attorney General of the State of Delaware,<br><br>    Defendant. | C.A. No. 23-00033-RGA |

## STIPULATION AND [PROPOSED] ORDER
## TO SUSPEND CASE DEADLINES

WHEREAS, on January 12, 2023, Plaintiffs filed a Complaint (D.I. 1) initiating the above-captioned action (the "Graham Action");

WHEREAS, the parties have conferred regarding consolidating the Graham Action with the consolidated action[1] captioned *Delaware State Sportsmen's Association, Inc. et al. v. Delaware Department of Safety and Homeland Security et al.*, C.A. No. 1:22-00951-RGA (the "DSSA/Gray Action");

WHEREAS, the parties to the DSSA/Gray Action are currently briefing pending motions for preliminary injunction and an evidentiary hearing on those motions is scheduled for February 24, 2023 (the "PI Hearing");

---

[1] On December 20, 2022, the Court consolidated *Delaware State Sportsmen's Association, Inc. et al. v. Delaware Department of Safety and Homeland Security et al.*, C.A. No. 1:22-cv-00951-RGA and *Gabriel Gray et al. v. Kathy Jennings*, C.A. No. 1:22-cv-01500-MN.  The consolidated action proceeds under C.A. No. 1:22-00951-RGA.

1

**IT IS HEREBY STIPULATED AND AGREED,** by the parties to this action, subject to the approval of the Court, that:

1) Parties to the Graham and DSSA/Gray Actions will file a joint stipulation, subject to the Court's approval, proposing consolidation of the Graham and DSSA/Gray Actions;

2) The Graham Plaintiffs will file a joinder to the DSSA Plaintiffs' Motion for Preliminary Injunction (DSSA/Gray Dkt. D.I. 10) concerning specifically the challenge to Delaware's regulations concerning large capacity magazines, 11 *Del. C.* §§ 1441, 1468-1469A (the "Graham Joinder");

3) The Graham Joinder will be limited to including facts to assert standing on behalf of the Graham Plaintiffs and will not include legal arguments;

4) The Graham Plaintiffs will (a) join in the DSSA/Gray Plaintiffs' briefing on the motions for preliminary injunction pending in the DSSA/Gray Action, (b) adhere to the briefing schedule ordered by the Court (DSSA/Gray Dkt. D.I. 25), and (c) join with the DSSA/Gray Plaintiffs to file a single consolidated reply brief in support of the motions, not to exceed 25 pages (DSSA/Gray Dkt. D.I. 31); and

5) All pending deadlines in the Graham Action are suspended. Following (a) consolidation of the Graham and DSSA/Gray Actions, and (b) the PI Hearing, the parties shall confer regarding a response deadline for the complaint in the Graham Action.

| GELLERT SCALI BUSENKELL & BROWN LLC | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Bradley P. Lehman* <br> Bradley P. Lehman (#5921) <br> 1201 N. Orange St., Suite 300 <br> Wilmington, DE 19801 <br> (302) 425-5800 <br> blehman@gsbblaw.com | */s/ Caneel Radinson-Blasucci* <br> Kenneth L. Wan (#5667) <br> Caneel Radinson-Blasucci (#6574) <br> Deputy Attorneys General <br> Carvel State Office Building <br> 820 N. French Street, 6th Floor <br> Wilmington, DE 19801 <br> (302) 577-8400 <br> kenneth.wan@delaware.gov <br> caneel.radinson-blasucci@delaware.gov |

**IT IS SO ORDERED** this  3  day of February, 2023.

/s/ Richard G. Andrews
U.S. DISTRICT JUDGE RICHARD G. ANDREWS